JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA H. OHNO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF INGLEWOOD; a municipality; MAYOR JAMES T. BUTTS, an individual; DAVID ESPARZA, an individual; SHARON KOIKE, an individual; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:16-CV-03447-RGK-FFM<br><br>[~~PROPOSED~~] **ORDER TO DISMISS WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Based upon the stipulation of the parties, by and through their respective attorneys of record, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its/his/her own attorneys' fees and expenses.

**IT IS SO ORDERED.**

Dated: June 2, 2017

_____
Hon. R. Gary Klausner
United States District Court Judge